JUDGE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR09-5675RJB |
| Plaintiff, | |
| vs. | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING |
| CURTIS LEE DESKINS, | |
| Defendant. | |

Based on the stipulated motion of the parties to continue the sentencing date,

IT IS HEREBY ORDERED that the sentencing date is continued to December 21, 2010, at 8:30 am.

DONE this 29th day of November, 2010.

_____
Robert J Bryan

Presented By:

*/s Michael Dion*
Michael Dion
Assistant United States Attorney


*/s Colin Fieman*
Colin Fieman
Attorney for Defendant

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE                              1
*United States v. Curtis Deskins;* CR09-5675RJB

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710