JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR09-5675RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING DEFENDANT'S AND PLAINTIFF'S SENTENCING MEMORANDUMS |
| CURTIS LEE DESKINS, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Defendant's and Plaintiff's Sentencing Memorandums and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's and Plaintiff's Sentencing Memorandums and any attachments thereto, are to be sealed.

DONE this 21st day of December, 2010.

_____
Robert J Bryan
United States District Judge

Presented by:

/s/ *Colin Fieman*
Colin Fieman
Attorney for Defendant